UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALMIKI RAMANU

Write the full name of each plaintiff.

\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

FaceBook LLC

**COMPLAINT**

Do you want a jury trial?
☐ Yes ☒ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

DISCRIMINATION
_____
_____
_____

B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
                  (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, __FaceBook LLC__, is a citizen of the State of
(Defendant's name)

__California__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, __FaceBook LLC__, is incorporated under the laws of the State of __Delware__

and has its principal place of business in the State of __California multiti States, world wide__

or is incorporated under the laws of (foreign state) __World wide__

and has its principal place of business in __Melon Park California__

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__VALMIKI__          __D__              __RAMANI__
First Name          Middle Initial      Last Name

__139-05  85DR   APT 6D__
Street Address

__Briarwood__            __NY__          __11435__
County, City             State           Zip Code

__718-291-2978__                         __Valmiki.d.ramani@com__
Telephone Number                         Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:  FaceBook LLC

First Name / Last Name

Worldwide Social Media

Current Job Title (or other identifying information)

Melon Park        CA

Current Work Address (or other address where defendant may be served)

County, City        State        Zip Code

Defendant 2:  _____

First Name        Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City        State        Zip Code

Defendant 3:  _____

First Name        Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City        State        Zip Code

Defendant 4:

First Name _____ Last Name _____

Current Job Title (or other identifying information) _____

Current Work Address (or other address where defendant may be served) _____

County, City _____ State _____ Zip Code _____

### III. STATEMENT OF CLAIM

Place(s) of occurrence: ~~2021-2022~~ ur USA

Date(s) of occurrence: 2021 - 2022

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I established a music channel on Facebook LLC after YouTube stole my channel, my lead video Somewhere My Love a movie theme song, 2022 had reached 990 views, Facebook LLC reduced it to 80 views to date it has earned more views I reported it to M. Zuckerberg to no avail, reported it to NBC who told me to notify the FCC which I did. This is purely pred juice, Jealously and discrimination on part of defendants, and I am seeking $2,000,000 in compensation for their action towards me.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I am seeking $ 2,000,000 - in compensation for discrimination that defendant has executed against me and my channel URISOL TM on FACEBOOK

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 3-29-22 | Valmiki Raman |
| Dated | Plaintiff's Signature |
| VALMIKI | RAMANI |
| First Name / Middle Initial | Last Name |
| 139-05 85 DR 6D (APT) | |
| Street Address | |
| Briarwood | WY 11435 |
| County, City | State / Zip Code |
| 718 291-2978 | valmiki.d-h@gmail.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Federal Court Southern District of New York City

Plaintiff
VALMIKI RAMANI

Index no

against

Complaint

FaceBook LLC
Defendants

(1) I Valmiki Ramani of 139-05 85 DR Apt 6D Briarwood NY 11435 herein described as the Plaintiff, hereby files a discrimination Law suit against FACEBOOK LLC herein know as the defendants; as follows.

(2) After YouTube stole my Channel and is using my channel's name which is Trademark, I opened a small music channel VRISOL in short for VALMIKI Ramani International Songs of Love, on Facebook. My lead song is/was Somewhere My Love, theme song from DR ZHIVAGO, two years ago it reached 896 views with 15 Likes, this year the views went up to 990, and FaceBook reduced it to 80 views, if it, 990 views were left it would have had 1000 views by now. Facebook decision to do this could only be described as discrimination through Jealously.

(1)

(3) The attached exhibits will support my complaint.

(4) I am hereby seeking from FaceBook LLC the sum of $2,000,000 for there discrimination as described.

*Valmiki Ram*
Plaintiff
VALMIKI Ramani

## Videos                                        See all



**This is a beautiful song written by Mauri...**

 15

896 views · 2 years ago

## Videos                                          See all



**This is a beautiful song written by Mauri...**

 15

896 views · 2 years ago